**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

Carolyn G. Young,                                        Case No. 8:24-bk-00293-RCT
Debtor.[1]                                               Chapter 7
_____/

## APPLICATION TO APPOINT PROPOSED NEXT FRIEND

Debtor, by and through the undersigned counsel, pursuant to Local Rule 1004-1.1, hereby files this *Application to Appoint Proposed Next Friend*. In support thereof, Debtor states as follows:

1.      Debtor hereby requests the entry of an order authorizing the appointment of Debtor's daughter and power of attorney, Mandy Lynn James ("Ms. James"), as "Next Friend" for Debtor.

2.      Debtor filed this Chapter 7 bankruptcy case on January 21, 2024.

3.      Debtor attended the 341 meeting on February 22, 2024, but was unable to competently understand and respond to the questions being asked of her. According to Ms. James, she believes that her mother is in the early stages of dementia.

4.      Accordingly, Debtor seeks to have Ms. James appointed as her Next Friend to assist her with completing the 341 Meeting and anything else that may be required from the Trustee or the Court.

5.      The declaration of Ms. James has already been filed (Doc. No. 7) and the Durable Power of Attorney is attached hereto as Exhibit "A."

6.      Debtor requests that the requirement of Local Rule 1004-1.1(3)(A), a letter from

---

[1] References to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

the debtor's physician, be waived because it is a financial burden. Until recently, Ms. James had

not been working so that she could care for her mother. At this point in time, neither Debtor nor

Ms. James have the means to afford the $175 required for Debtor to attend her next appointment

with the neurologist.

WHEREFORE, Debtor respectfully requests that the Court enter an order appointing Ms.

James as Next Friend for Debtor and for such further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before March 5, 2024, a true and correct copy of the
foregoing was served upon the following parties by CM/ECF electronic mail or by U.S. Mail, first-
class, postage pre-paid:

| | | |
|---|---|---|
| United States Trustee - TPA7/13 7 | Stephen Meininger | Carolyn G. Young |
| Timberlake Annex, Ste. 1200 | Chapter 7 Trustee | 8917 Cairo Ln. |
| 501 E. Polk St. | 301 W. Platt Street, Ste #A340 | Port Richey, FL 34668 |
| Tampa, FL 33602-3949 | Tampa, FL 33606 | |

/s/ Jay Weller
Jay M. Weller, Esq.
Florida Bar No. 985856
WELLER LEGAL GROUP, P.A.
25400 U.S. 19 N., Ste. 150
Clearwater, FL 33763
T: (727) 539-7701
E: jweller@wellerlegalgroup.com

### DURABLE POWER OF ATTORNEY

I, Carolyn G Young , presently residing at 8917 Cairo Ln, Port Richey, Florida 34668, hereby name, constitute and appoint Mandy Lynn James of 8917 Cairo Ln, Port Richey, Florida 34668, as my Agent ("Attorney-in-Fact"), if living and able to act, to exercise the powers and discretions described below.

If the Agent is unable or unwilling to serve for any reason, I hereby name, constitute and appoint Stephen R James, presently residing at 8917 Cairo Lane, Port Richey, Florida, 34668, as my Successor Agent, to serve with the same powers and discretions.

This durable power of attorney will not be affected by the subsequent incapacity of the principal except as provided in chapter 709, Florida Statutes.

My Agent shall have full power and authority to act on my behalf. This power and authority shall authorize my Agent to manage and conduct all of my affairs and to exercise all of my legal rights and powers, including all rights and powers that I may acquire in the future. By initialing, Carolyn G Young grants my Agent the power to act with respect to the subjects below:

- Real property transactions
- Tangible personal property
- Stocks and bonds as provided in Florida Statutes section 709.2208(2)
- Commodity and options
- Bank and other financial institutions as provided in Florida Statutes section 709.2208(1)
- Operation of entity or business
- Estates, trusts, and other beneficial interests
- Insurance and annuity transactions
- Claims and litigation
- Personal and family maintenance
- Benefits from governmental programs or civil or military service
- Retirement plans
- Taxes

### GRANT OF SPECIFIC AUTHORITY

(CAUTION: Granting any of the following will give your agent the authority to take actions

**Exhibit A**

that could significantly reduce your property or change how your property is distributed at your death. Consultation with an attorney is recommended before granting any of these specific powers.)

In addition to the previously listed powers, my agent will have authority to:

- Create, amend, revoke, or terminate an inter vivos trust

- Make a gift subject to the limitations under federal law and any Special Instructions under this Power of Attorney

- Create or change rights of survivorship

- Create or change a beneficiary designation

- Waive the principal's right to be a beneficiary of a joint and survivor annuity, including a survivor benefit under a retirement plan

- Access the content of electronic communications

- Disclaim or refuse an interest in property, including a power of appointment

I hereby grant to my Agent the full right, power, and authority to perform any and every act, power, duty, deed, right or thing necessary or advisable to be done regarding the above powers, as fully as I might or could do if personally present and acting.

Any power or authority granted to my Agent under this document shall be limited, to the extent necessary, to prevent this Power of Attorney from causing, (i) my income to be taxable to my Agent, (ii) my assets to be subject to a general power of appointment by my Agent, or (iii) my Agent to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my Agent.

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney. A Successor Agent shall not be liable for acts of a prior Agent.

My Agent is not entitled to any compensation, during my lifetime or upon my death, for any services provided as my Agent. My Agent is not entitled to reimbursement of expenses incurred as a result of carrying out any provision of this Power of Attorney.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent as required under state law or upon my request or the request of any authorized personal representative, fiduciary or court of record acting on my behalf. If so requested, within 60 days the agent shall comply with the request or provide a writing or other record substantiating why additional time is needed and shall comply with the request within an additional 60 days.

This Power of Attorney is granted in, and shall be governed by, the laws of the state of Florida; however, I intend that this Power of Attorney be universally recognized and that it be universally admissible to recordation. In the event that I become a resident of another jurisdiction, or obtain property, including real property or any other property interest, in another jurisdiction, it remains my intention that the laws of Florida shall continue to govern this Power of Attorney.

This Power of Attorney takes effect immediately, and shall not be affected by my disability or lack of mental competence, except as may be provided otherwise by an applicable state statute. This is a Durable Power of Attorney. This Power of Attorney shall continue to be effective until my death. This Power of Attorney may be revoked by me at any time by providing written notice to my Agent.

Dated _March 5th_, _2022_, at Port Richey , Florida.

_Carolyn G. Young_
Carolyn G Young

The foregoing power of attorney was, on the date written above, published and declared by Carolyn G Young in our presence to be his/her power of attorney. We, in his/her presence and at his/her request, and in the presence of each other, have attested to the same and have signed our names as attesting witnesses.

Witness Signature: _____

Name: Stephen R James
City: Port Richey
State: Florida

Witness Signature: _____

Name: Karen James
City: Port Richey
State: Florida

**STATE OF Florida,**

**COUNTY OF Pasco, ss:**

The foregoing instrument was acknowledged before me, by means of physical presence or online notarization, this ___5___ day of ___MARCH___ , ___2022___ by Carolyn G Young , who is personally known to me or who has produced ___DRIVER LICENSE___ as identification.

Signature of person taking acknowledgment

DAVID DEMARCO

Name typed, printed, or stamped
My commission expires ___7-30-2023___

DAVID DEMARCO
MY COMMISSION # GG 330935
EXPIRES: July 30, 2023
Bonded Thru Notary Public Underwriters

**Notice to Person Executing Power of Attorney:**

A Power of Attorney is an important legal document. By signing the Power of Attorney, you are authorizing another person to act for you, the principal. Before you sign this Power of Attorney, you should know these important facts:
Your Agent (attorney-in-fact) has no duty to act unless you and your Agent agree otherwise in writing. However, once your agent takes on a responsibility, he or she has a duty to act prudently.

This document gives your Agent the powers to manage, dispose of, sell and convey your real and personal property, and to use your property as security if your Agent borrows money on your behalf, unless you provide otherwise in this Power of Attorney.

Your Agent will have the right to receive reasonable payment for services provided under this Power of Attorney unless you provide otherwise in this Power of Attorney.

The powers you give your Agent will continue to exist for your entire lifetime, unless you state that the Power of Attorney will last for a shorter period of time or unless you otherwise terminate the Power of Attorney. The powers you give your Agent in this Power of Attorney will continue to exist even if you can no longer make your own decisions respecting the management of your property, unless you provide otherwise in this Power of Attorney.

You can change or correct the terms of this Power of Attorney only by executing a new Power of Attorney, or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this Power of Attorney at any time, so long as you are competent.

This Power of Attorney must be dated and signed by you and must be acknowledged before a notary public and signed by two subscribing witnesses. The witnesses must be mentally competent and they must witness the principal's signing of the Power of Attorney. Best practices are that the Notary Public is not one of the two subscribing witnesses and that none of the witnesses are an Agent under this Power of Attorney.

You should read this Power of Attorney carefully. When effective, this Power of Attorney will give your Agent the right to deal with property that you now have or might acquire in the future. The Power of Attorney is important to you. If you do not understand the Power of

Attorney, or any provision of it, then you should obtain the assistance of an attorney or other qualified person.

**Notice to Person Accepting the Appointment as Attorney-in-Fact:**

By exercising authority, performing duties as an agent or agreeing to act as the agent (attorney-in-fact) under this power of attorney you assume the fiduciary duties and other legal responsibilities of an agent. These duties and responsibilities include:

1. The legal duty to act only within the scope of authority granted in the power of attorney.

2. In exercising that authority, you may not act contrary to the principal´s reasonable expectations and solely in the interest of the principal in order to avoid any conflicts of interest. Moreover, you have the legal duty to identify yourself as Agent whenever you act on behalf of the principal by printing the name of the principal and signing your name followed by the words "as Agent".

3. Must act in good faith and may not act contrary to the principal´s best interest. Thus, you have the legal duty to keep a record of all transactions made on behalf of the principal, including the responsibility to produce receipts, ledgers and other records of all deposits, disbursements or other transactions involving the principal's assets or indebtedness.

4. Must attempt to preserve the principal's estate plan, to the extent actually known by you, the Agent, if preserving the plan is consistent with the principal's best interest based on all relevant factors.

5. Act loyally for the sole benefit of the principal; Act so as not to create a conflict of interest that impairs the agent's ability to act impartially in the principal's best interest; Act with the care, competence, and diligence ordinarily exercised by agents in similar circumstances; and Cooperate with a person who has authority to make health care decisions for the principal in order to carry out the principal's reasonable expectations to the extent actually known by you.

6. The legal duty to keep the principal's property separate and distinct from any other property owned or controlled by you.

7. The legal duty to terminate actions as Agent (Attorney-in-Fact) under this Power of Attorney upon the occurrence of any of the following:

a. The principal's death;

b. Revocation of the Power of Attorney of the principal;

c. The arrival of any date stated in the Power of Attorney, which states the termination of the Power of Attorney, if any; or

d. No additional action is required under the Power of Attorney.

8. If you are the spouse of the principal, the Power of Attorney terminates upon legal separation or dissolution of the marriage.

9. You may be held responsible and liable for any intentional actions which violate or abuse your authority under this Power of Attorney as provided by the state and federal laws governing this Power of Attorney.

10. You have the right to seek legal advice if you do not understand your duties as Agent or any provisions in the Power of Attorney.

You may not transfer the principal's property to yourself without full and adequate consideration or accept a gift of the principal's property unless this Power of Attorney specifically authorizes you to transfer property to yourself or accept a gift of the principal's property. If you transfer the principal's property to yourself without specific authorization in the Power of Attorney, you may be prosecuted for fraud and/or embezzlement. If the principal is 65 years of age or older at the time that the property is transferred to you without authority, you may also be prosecuted for elder abuse. In addition to criminal prosecution, you may be sued in civil court.

I have read the foregoing notice and I understand the legal and fiduciary duties that I assume by acting or agreeing to act as the Agent (Attorney-in-Fact) under the terms of this Power of Attorney.

Date: March 5th 2022

Signed:

Mandy Lynn James

**Notice to Person Accepting the Appointment as Attorney-in-Fact:**

By exercising authority, performing duties as an agent or agreeing to act as the agent (attorney-in-fact) under this power of attorney you assume the fiduciary duties and other legal responsibilities of an agent. These duties and responsibilities include:

1. The legal duty to act only within the scope of authority granted in the power of attorney.

2. In exercising that authority, you may not act contrary to the principal´s reasonable expectations and solely in the interest of the principal in order to avoid any conflicts of interest. Moreover, you have the legal duty to identify yourself as Agent whenever you act on behalf of the principal by printing the name of the principal and signing your name followed by the words "as Agent".

3. Must act in good faith and may not act contrary to the principal´s best interest. Thus, you have the legal duty to keep a record of all transactions made on behalf of the principal, including the responsibility to produce receipts, ledgers and other records of all deposits, disbursements or other transactions involving the principal's assets or indebtedness.

4. Must attempt to preserve the principal's estate plan, to the extent actually known by you, the Agent, if preserving the plan is consistent with the principal's best interest based on all relevant factors.

5. Act loyally for the sole benefit of the principal; Act so as not to create a conflict of interest that impairs the agent's ability to act impartially in the principal's best interest; Act with the care, competence, and diligence ordinarily exercised by agents in similar circumstances; and Cooperate with a person who has authority to make health care decisions for the principal in order to carry out the principal's reasonable expectations to the extent actually known by you.

6. The legal duty to keep the principal's property separate and distinct from any other property owned or controlled by you.

7. The legal duty to terminate actions as Agent (Attorney-in-Fact) under this Power of Attorney upon the occurrence of any of the following:

a. The principal's death;

b. Revocation of the Power of Attorney of the principal;

c. The arrival of any date stated in the Power of Attorney, which states the termination of the Power of Attorney, if any; or

d. No additional action is required under the Power of Attorney.

8. If you are the spouse of the principal, the Power of Attorney terminates upon legal separation or dissolution of the marriage.

9. You may be held responsible and liable for any intentional actions which violate or abuse your authority under this Power of Attorney as provided by the state and federal laws governing this Power of Attorney.

10. You have the right to seek legal advice if you do not understand your duties as Agent or any provisions in the Power of Attorney.

You may not transfer the principal's property to yourself without full and adequate consideration or accept a gift of the principal's property unless this Power of Attorney specifically authorizes you to transfer property to yourself or accept a gift of the principal's property. If you transfer the principal's property to yourself without specific authorization in the Power of Attorney, you may be prosecuted for fraud and/or embezzlement. If the principal is 65 years of age or older at the time that the property is transferred to you without authority, you may also be prosecuted for elder abuse. In addition to criminal prosecution, you may be sued in civil court.

I have read the foregoing notice and I understand the legal and fiduciary duties that I assume by acting or agreeing to act as the Agent (Attorney-in-Fact) under the terms of this Power of Attorney.

Date: $3-5-22$

Signed:

Stephen R James